# IN THE SUPREME COURT OF THE STATE OF NEVADA

ASHTON KRUKOWSKI, A/K/A
ASHTON KURKOWSKI,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 70858

**FILED**

AUG 19 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed notices of appeal on July 18, 2016, July 21, 2016, and July 28, 2016. No appealable orders were designated in the notices of appeal. To the extent appellant appeals from the order denying a motion to dismiss counsel and appoint alternate counsel and the order denying a motion to bound case over for civil proceedings, no statute or court rule permits an appeal from such orders. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____ Cherry , J.
Cherry

_____ , J.        _____ , J.
Douglas                     Gibbons

---

[1]In light of this order, we take no action on the pro se motion filed on August 1, 2016, and the pro se notice filed on August 3, 2016.

16-25841

cc: Hon. Douglas Smith, District Judge
Ashton Krukowski
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender